163

26010.   VICKERS v. THE STATE.

BROYLES, C. J.   The defendant was convicted of burglary.   The evidence, while disclosing that he broke into the dwelling-house of the prosecutor, was insufficient to show that the breaking was done with intent to commit a felony or larceny.   Under a proper indictment or accusation, the evidence would have authorized a conviction of being in an intoxicated condition within such dwelling-house.   The verdict was unauthorized by the evidence, and the refusal to grant a new trial was error.   *Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 12, 1937.

*M. G. Hicks, E. S. Griffith, James Loy Griffith,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, Quincy O. Arnold,* contra.